No. 581. WHITSON *v.* FIDELITY & DEPOSIT Co. OF MARYLAND. District Court of Appeal of California, Second Appellate District. Certiorari denied. Petitioner *pro se. Frank E. Horka* for respondent.

No. 591. NELSON-RYAN FLIGHT SERVICE, INC., *v.* LANGE, TRUSTEE. Supreme Court of Minnesota. Certiorari denied. *William D. Donnelly* for petitioner. *Robert Wm. Rischmiller* for respondent.

No. 605. LIPSKY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Isidor Ostroff* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 542. WESTERN AIR LINES, INC., *v.* CITY AND COUNTY OF SAN FRANCISCO. District Court of Appeal of California, First Appellate District. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Hugh W. Darling* for petitioner. *Thomas M. O'Connor, Robert M. Desky* and *Harold C. Faulkner* for respondent.

No. 27, Misc. MORRIS *v.* UNIVERSITY OF TEXAS ET AL. Supreme Court of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *Pat Bailey, W. O. Shultz* and *Malcolm Quick,* Assistant Attorneys General, for respondents.

No. 593, Misc. HUBBARD *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.